478 A.2d 100

Housing Authority of Easton v. Alvin, Appellant.

Submitted March 22, 1984. Judith L. Jones, for appellant; Stephen J. Kreglow, for appellee.

Before BECK, TAMILIA and HOFFMAN, JJ.

Affirmed.

478 A.2d 101

In re Adoption of E.J.L.

Argued January 25, 1984. Dennis P. Zawacki, for appellant; Gary F. Selway, for appellee.

Before WIEAND, TAMILIA and POPOVICH, JJ.

Order affirmed.